# PARADISE LAKES CONDOMINIUM ASSOCIATION

## MANAGER'S EMPLOYMENT CONTRACT

**ARTICLE ONE:**

This agreement is entered into this 1st day of April 2008 by and between **Nellie McCarthy (Manager) and PLCA (Employer)**, a Non-Profit Corporation, whose address is 1901 Brinson Road – Office, Lutz, Florida 33558.

In consideration of the mutual promises set forth hereunder, the sufficiency of which is hereby acknowledged, Nellie McCarthy and P.L.C.A. agree to the following:

### Time Period Covered By This Agreement

This is an agreement between Nellie McCarthy and PLCA and will renew automatically year to year until one of the parties terminate it with a thirty-day notice. Adjustments to benefits and salary can be made at any time.

**Employer:** Paradise Lakes Condominium Association

**Manager:** Nellie McCarthy
10836 Land O Lakes Blvd.
Land O Lakes, FL 34638

### Certification

The manager shall hold a valid Community Association Manager's License issued by the State of Florida. Failure to maintain said license in good standing for any reason shall be considered cause for immediate termination of this Contract. The Manager shall provide a copy of her current license which shall reveal, among other things, the next expiration date (see attached).

**MANAGER"S CERTIFICATION: CAM22651** is the State CAM License number issued to Nellie McCarthy.

### Employment

PLCA hereby employs the Manager and the Manager hereby accepts employment with PLCA

### Time and Attention

1. The Manager agrees to devote all of her time, attention and energy to the performance of her duties pursuant to this Agreement, and shall perform such duties to the best of her ability. She shall attend Board and Committee meetings as needed. If meetings, other than the once a month Board meeting, are held after regular working hours, equal time off will be granted.

Exhibit "A"

2. The Managers hours shall vary according to workload and she will not be on a forty hour per week work schedule. The days normally worked each week will be Monday through Friday. On a scheduled basis, the Manager shall attend the monthly Board meeting, which is normally held on the last Saturday of each month.

3. The Manager shall be on call during weekends and evenings and shall provide the Board members with a list of names and phone numbers if she is not available.

4. In return for 2 and 3 above, the manager shall be compensated by having equal time off.

### Adherence to Rules

The Manager at all times during the performance of this Agreement shall strictly adhere to and obey all the rules and regulations now in effect or as subsequently modified or enacted by PLCA, presuming that wherever this Agreement specifies that both the Manager and PLCA shall negotiate certain changes governing the conduct of the employee of employer, said negotiations will take place prior to this Agreement being modified.

### Modification

All modifications shall become part of this Agreement and attached there to.

### Obligations to Third Parties and Conflicts of Interest

1. The Manager warrants and represents that she has the ability to enter into this Agreement, that entering into and performing under this Agreement will not violate her agreement with any third party, and that there exist no restrictions or obligations to any third parties which will restrict her performance of duties under this Agreement.

2. The Manager shall not receive or accept any money, goods, free services, gifts or any other property from any vendor, supplier, employee, contractor or other persons affected by or affiliated with PLCA in any fashion, without the permission of the employee's supervisor.

### Notices

1. Any notices to be given by either party to the other may be affected either by personal delivery in writing or by mail, registered and certified, postage prepaid with return receipt requested. Mailed notices shall be addressed to the Manager at her last known address as appearing on the books of PLCA.

2. In case the Manager's Board President is not available and because no single Board member may act on behalf of the Association, it is understood by both parties that the Manager shall take direction only upon a Board vote, duly-noted and certified by the signatures of at least a majority of the Board, beyond the normal duties listed for the CAM position.

3. The clear intent of this section is to provide the Manager with the Chain of Command to be used when direction beyond the scope of this Agreement may be needed.

### ARTICLE TWO: Description of Duties

1. The responsibility for the day-to-day operation of the Condominium is vested in the Manager, who is accountable to the duly elected Board of Directors. The principal line of communication to and from the Board shall be through the designated Board President and/or the designated appointee. See the **CAM Job Description** for a list of specific duties and responsibilities.

2. The Manager is hired by PLCA and is responsible only to the PLCA Board.

3. It is understood by both parties that the CAM may not act in place of the Board in matters between PLCA PLI and PLR or any other entity, beyond the duties listed under the CAM Job Description unless so requested in writing by the Board, or its Agent, whose signature(s) shall be placed on the written direction, with all particulars understood by both parties.

### ARTICLE THREE: Compensation

#### Base Compensation

1. PLCA agrees to pay the Manager $46,000.00 in salary with a review for a salary increase each year - with effective date being July 1 each year. The Manager's salary adjustments may be based on such factors as experience and performance as evidenced in her current Job Evaluation, optionally, future job description.

#### Retirement Plan

2. The manager will be provided the opportunity to participate in the Employee Retirement Plan with the Association contributing 3% per weekly salary.

#### Vacation Pay

3. **PAID VACATION TIME:** Vacation will be earned as stated in employee handbook. If approved by Board, additional weeks may be granted.

4. All vacation times shall be approved in advance in writing by PLCA. It is understood that, unless granted by the Board of Directors, paid vacation time shall not be taken thirty (30) days prior to – and following – the Annual Election and Meeting date(s). The purpose of this restriction is to insure a smooth transition between old and new Board of Directors. The Manager is expected to use all vacation time in the year such vacation is earned.

#### Holidays

5. The Manager shall be entitled to seven (7) paid holidays each year. These holidays include New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, the Day after Thanksgiving, and Christmas. In the event any of these holidays fall on a Saturday, the Friday before shall be observed as that holiday. Holidays falling on a Sunday shall be observed on the next day, Monday.

### Sick Days

5. The Manager shall be entitled up to ten (10) sick days with pay in any calendar year for use at times of personal illness or disability. These sick days can be accrued for up to thirty days. Medical certification for more than three (3) consecutive days is required. Unused days at the time of termination of this contract will be paid as part of the Manager's compensation. For every three unused sick days in any year, one additional vacation day will be granted for use during the following year.

### Bereavement

6. The Manager shall be entitled to time-off of up to five (5) days at times of bereavement, when death occurs to the spouse or another member of the immediate family (someone related to the Manager by blood or adoption within the first degree). Additional un-paid days may be granted by PLCA.

### Group Medical Insurance

7. PLCA shall provide the Manager with Group Health Insurance at one-half of premium cost to the Manager.

### Effect of Termination on Compensation

In the event of termination of employment, employee shall be entitled to the compensation accrued and earned prior to the date of termination, computed pro-rata up to and including the date of termination.

### ARTICLE FOUR: JOB EVALUATION

#### Manager's Performance

The Board shall collectively refer all criticisms, complaints and suggestions promptly to the attention of the Manager for study and recommendations. Said referrals shall be in writing and addressed to her. The referrals and written responses by the Manager shall become part of her personnel file.

It is the intention of this section to provide for a positive approach when disputes arise. Both parties agree that improvement in job performance is the desired end.

#### Formal Evaluation

1. Both parties shall agree to a Job Evaluation form, to be used to evaluate the performance of the Manager. The agreed-upon form between PLCA and the Manager shall be used to determine any increase in compensation and shall be completed by PLCA at least thirty (30) days prior to the end of each contract year and announced at the subsequent Board meeting.

2. In the event the Board determines that the performance of the Manager is less than satisfactory in any respect, the Board shall describe in writing, in reasonable detail, specific instances of unsatisfactory performance. The evaluation shall include recommendations as to areas of improvement in all instances where the Board deems performance to be unsatisfactory. A copy of this written evaluation shall be

delivered to the Manager and she shall have the right to make a written response to the evaluation. This response shall become a permanent attachment to the Manager's personnel file.

3. The Job Description shall be reviewed by both parties at least once a year and changes shall be made when deemed necessary by PLCA and the Manager.

4. **AGREED:** Both parties agree that proper evaluation and assistance is needed to make the employee work to the advantage of both. As Board members change, the Job Description should retain a consistency aimed towards a successful working relationship with any Board; it is necessary to maintain a sense of objectivity as the Board makes policy and the Manager carries out that policy as part of the duties listed in the Job Description.

**ARTICLE FIVE:**          **ENTIRE AGREEMENT**

1. This Agreement supersedes any and all other agreements, either oral or written, between the parties with respect to the employment of the Manager by PLCA for the purposes set forth in Article 2. 1, and contains all of the covenants and agreements between the parties with respect to such employment whatsoever.

2. Each party to this agreement acknowledges that no representations, inducements, promises or agreements, orally or otherwise, have been made by any party or anyone acting on behalf of any party, which are not embodied herein, and that no other agreement, statement or promise not contained in this agreement shall be valid or binding. Any modification of this agreement will be effective only if it is in writing signed by the party to be charged.

**ARTICLE SIX:**          **LAW GOVERNING CONTRACT**

This contract shall be governed by and construed in accordance with the laws of the State of Florida. Time shall be of the essence in the performance of this Agreement.

**ARTICLE SEVEN:**          **SEVERABILITY**

If any part of this Agreement is held unenforceable for any reason, the remaining portions of this Agreement shall remain in full force and effect and shall be carried out in a manner which is consistent with the intentions of the parties hereto.

**ARTICLE EIGHT:**

In the event a party to this Agreement hires an attorney to assert that party's rights, the prevailing party shall be entitled to an award of attorney's fees and costs including fees and costs on appeal.

**ARTICLE NINE:**     **CANCELLATION**

This contract may be cancelled for any reason whatsoever, with or without cause, upon thirty (30) days written notice by either party, PLCA or Nellie McCarthy, sent by certified mail to the address on record, or hand delivered with signature receipt. Upon any cancellation, the parties hereto shall account to each other with respect to all matters outstanding as of the date of termination.

This instrument, and the referenced Job Description, constitutes the entire agreement between the parties as of the date of execution and neither has been induced by the other with any representations, promises or understandings not expressed herein. There are no collateral agreements, promises or understandings concerning this subject matter, which are not expressly contained herein.

I hereby acknowledge that I have read all the terms of this contract and that I fully understand and accept these terms. I further understand that failure on the part of myself or PLCA to abide by and satisfactorily perform all duties and terms of this contract may be considered a breach of this contract and is subject to cancellation of same.

This Agreement is entered into on this 1st day of April 2008 in the town of Land O Lakes, in the County of Pasco, State of Florida.

DATED 4/1/08

_____
Nellie McCarthy, LCAM

_____
Gloria Ponn, President PLCA

_____
Bob Moore, Vice-President PLCA

_____
Ron Darling, Treasurer PLCA

_____
Vilma Douglass, Secretary PLCA

_____
Jack Gipson, Parliamentarian PLCA